UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RAUL PEREZ,

        Petitioner,        Case No. 1:20-cv-1197

v.        Honorable Phillip J. Green

GREGORY SKIPPER,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  April 18, 2022        /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge