UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RAUL PEREZ,

        Petitioner,        Case No. 1:20-cv-1197

v.        Honorable Phillip J. Green

GREGORY SKIPPER,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** for failure to raise a meritorious federal claim.


Dated:  April 18, 2022        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge